[No. 12033–0–II.   Division Two.   October 30, 1989.]

LONGVIEW FIBRE COMPANY, *Respondent,* v. THE DEPART-
MENT OF LABOR AND INDUSTRIES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 87–2–00234–0, Don L. McCulloch, J.,
entered May 6, 1988. *Affirmed* by unpublished opinion per
Dolliver, J. Pro Tem., concurred in by Pearson and
Wieland, JJ. Pro Tem.

[No. 12178–6–II.   Division Two.   October 30, 1989.]

RUSSELL J. LOMBARD, *Appellant,* v. THE EMPLOYMENT
SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 87–2–01506–5, Paula Casey, J., entered
July 11, 1988. *Affirmed* by unpublished opinion per Pear-
son, J. Pro Tem., concurred in by Dolliver and Wieland, JJ.
Pro Tem.

[No. 12002–0–II.   Division Two.   October 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TINA L.
DESROSIERS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 87–8–00297–7, D.J. Cunningham, J. Pro Tem.,
entered April 29, 1988. *Affirmed* by unpublished opinion
per Pearson, J. Pro Tem., concurred in by Schumacher and
Utter, JJ. Pro Tem.